# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** TEXAS
### FORT WORTH **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| THE DAVID BAGWELL COMPANY | § | Case No. 12-44103 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/03/2012 . The case was converted to one under Chapter 7 on 10/09/2012 . The undersigned trustee was appointed on 10/09/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 773,473.32

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 5,754.50 |
| Administrative expenses | 493,086.39 |
| Bank service fees | 25,275.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 27,000.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]         $    222,356.77

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  03/12/2013  and the deadline for filing governmental claims was  06/12/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 40,573.67 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 25,000.00  as interim compensation and now requests a sum of $ 15,573.67 , for a total compensation of $ 40,573.67 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2,658.81 , for total expenses of $ 2,658.81 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2018        By:/s/Marilyn D. Garner, Trustee
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-44103 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | THE DAVID BAGWELL COMPANY | | | | Date Filed (f) or Converted (c): | 10/09/2012 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2012 |
| For Period Ending: | 07/10/2018 | | | | Claims Bar Date: | 03/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Timbers and machinery at Heritage Barns (u) | Unknown | 0.00 | | 13,850.00 | FA |
| 2.  Bank of Texas checking XXXXX2113 | 1.51 | 0.00 | | 0.00 | FA |
| 3.  100% in Evermore Corp<br><br>100% in Evermore Corp | 200,000.00 | 0.00 | | 0.00 | FA |
| 4.  Void (u)<br><br>100% interest in Oblige Captial Corp | 0.00 | N/A | | 0.00 | FA |
| 5.  Broughton LP<br><br>Broughton LP | 570,258.68 | 602,964.93 | | 641,964.93 | FA |
| 6.  Broadland LP (petition amount is an estimate)<br><br>Broadland LP (petition amount is an estimate)<br>107777.72 held in the registry of the Broadland bankruptcy<br>court and/or the Broadland trustee, John Dee Spicer | 120,000.00 | 131,658.39 | | 116,658.39 | FA |
| 7.  interest in a partnership 1% interest in Keswick LP<br><br>1% interest in Keswick LP | Unknown | 0.00 | | 0.00 | FA |
| 8.  interest in a partnership 1% interest in Broughton LP<br><br>1% interest in Broughton LP | Unknown | 0.00 | | 0.00 | FA |
| 9.  Accounts Receivable<br><br>Evermore Corp (notes receivable) | 8,854.08 | 0.00 | | 0.00 | FA |
| 10.  Accounts Receivable<br><br>Ashmore#4 (notes receivable) | 25,000.00 | 0.00 | | 0.00 | FA |
| 11.  Accounts Receivable<br><br>Keswick LP (notes receivable) | 5,000.00 | 0.00 | | 0.00 | FA |
| 12.  Potential lawsuit against Chris Weil (u)<br><br>Potential lawsuit against Chris Weil | Unknown | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-44103 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | THE DAVID BAGWELL COMPANY | | | | Date Filed (f) or Converted (c): | 10/09/2012 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2012 |
| For Period Ending: | 07/10/2018 | | | | Claims Bar Date: | 03/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13.  Potential lawsuit against Compass Bank (u) | Unknown | 1,000.00 | | 1,000.00 | FA |
| Potential lawsuit against Compass Bank | | | | | |
| 14.  apple macbook pro and laptop software ver 10.4.11 | 200.00 | 0.00 | | 0.00 | FA |
| apple macbook pro and laptop software ver 10.4.11 | | | | | |
| 15.  various office supplies | 100.00 | 0.00 | | 0.00 | FA |
| var office supplies | | | | | |
| 16.  Ridge at Alta Vista I LLC (the "RAAV Claim") (u) | 0.00 | 24,000.00 | | 0.00 | FA |
| HOA settlements per agreement | | | | | |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $929,414.27 | $759,623.32 | $773,473.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

(This case is related to Case No. 12-44116, Evermore Communities, Ltd.).  Administration of assets completed and the TFR was submitted to the UST for review on May 8, 2018.  On May 4, 2018 an administrative claimant, Gerrit Pronske, filed an objection to counsel's supplemental final fee application which counsel believed could be resolved without a hearing since the claim would be paid in full.  On May 14, 2018, a second objection to counsel's fee application was filed by Susan Bagwell and a hearing on the fee application was set.  Distribution was made to Pronske on June 20, 2018.  The hearing on counsel's supplemental final fee application was held and the Order approving the application entered on June 27, 2018.  The revised TFR was submitted to the UST for review and filing on July 9, 2018.

Initial Projected Date of Final Report (TFR): 12/31/2015       Current Projected Date of Final Report (TFR): 05/31/2018

Page: 1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-44103
Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428
For Period Ending: 07/10/2018

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1517
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/13 | 5 | US TREASURY | Broughton LP funds from Court's Registry | 1129-000 | $587,964.93 | | $587,964.93 |
| 08/30/13 | 10000 | PJC ACCOUNTING SERVICES INC PJC ACCOUNTING SERVICES INCPO BOX 1871MIDLOTHIAN TX  76065 | Accountant for Trustee Fees (Other | 3410-000 | | $750.00 | $587,214.93 |
| 08/30/13 | 10001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | Bond Payments | 2300-000 | | $3,000.00 | $584,214.93 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $261.77 | $583,953.16 |
| 09/20/13 | 10002 | JOHNSTON TOBEY PC JOHNSTON TOBEY PC3308 Oak Grove AvenueDallas TX  75204 | Retainer for professional services | 3210-600 | | $10,000.00 | $573,953.16 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $599.00 | $573,354.16 |
| 10/28/13 | 6 | US TREASURY | Broadland LP funds from Court's Registry | 1129-000 | $107,825.64 | | $681,179.80 |
| 11/05/13 | 10003 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | Bond Payments Bond  # 00105857698 | 2300-000 | | $319.00 | $680,860.80 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $619.90 | $680,240.90 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $699.13 | $679,541.77 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $721.55 | $678,820.22 |
| 02/06/14 | 10004 | DONNA R. HERNANDEZ THE LAW OFFICE OF  DONNA R. HERNANDEZ610 PARKER SQUAREFLOWER MOUND, TX  75028 | Special Counsel for Trustee Fees | | | $2,613.89 | $676,206.33 |
| | | DONNA R. HERNANDEZ | Special Counsel for Trustee Fees         ($2,200.00) | 3210-600 | | | |
| | | HERNANDEZ, DONNA R. | Special Counsel for Trustee Fees           ($413.89) | 3220-000 | | | |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $720.84 | $675,485.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $695,790.57    $20,305.08

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No:  12-44103
Case Name:  THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428
For Period Ending: 07/10/2018

Trustee Name:  Marilyn D. Garner, Trustee
Bank Name:  First National Bank of Vinita
Account Number/CD#:  XXXXXX1517
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $648.95 | $674,836.54 |
| 03/31/14 | 6 | JOHN DEE SPICER, TRUSTEE | Broadland LP funds from John Dee Spicer | 1129-000 | $8,832.75 | | $683,669.29 |
| 04/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $716.57 | $682,952.72 |
| 05/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $701.81 | $682,250.91 |
| 06/06/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $724.45 | $681,526.46 |
| 07/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $700.32 | $680,826.14 |
| 07/17/14 | 10005 | BARBARA HARGIS HARRIS FINLEY & BOGL 777 Main Street Suite 1800Fort Worth TX 76102 | Attorney for Trustee Fees (Other Fi | | | $81,338.23 | $599,487.91 |
| | | BARBARA HARGIS HARRIS FINLEY & BOGL | Attorney for Trustee Fees ($80,584.40) (Other Fi | 3210-000 | | | |
| | | BARBARA HARGIS HARRIS FINLEY & BOGL | Attorney for Trustee Fees ($753.83) (Other Fi | 3220-000 | | | |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $692.32 | $598,795.59 |
| 08/27/14 | 10006 | MARILYN D. GARNER 2007 East Lamar Blvd., Suite 200Arlington, TX  76006 | Chapter 7 Expenses | 2200-000 | | $9.00 | $598,786.59 |
| 08/27/14 | 10007 | MARILYN D. GARNER 2007 East Lamar Blvd., Suite 200Arlington, TX  76006 | Chapter 7 Compensation/Fees | 2100-000 | | $25,000.00 | $573,786.59 |
| 09/03/14 | 10006 | Reverses Check # 10006 | Chapter 7 Expenses Expenses check issued in error. | 2200-000 | | ($9.00) | $573,795.59 |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $632.43 | $573,163.16 |
| 09/09/14 | 10008 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | Bond Payments Bond  # 00105857698 | 2300-000 | | $2,905.00 | $570,258.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $8,832.75          $114,060.08

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  12-44103                                                                   Trustee Name:  Marilyn D. Garner, Trustee                 Exhibit B
Case Name:  THE DAVID BAGWELL COMPANY                                Bank Name:  First National Bank of Vinita
                                                                                           Account Number/CD#:  XXXXXX1517
                                                                                           Checking Account (Non-Interest Earn
Taxpayer ID No:  XX-XXX8428                                               Blanket Bond (per case limit):  $300,000.00
For Period Ending:  07/10/2018                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/14 | 10009 | BARBARA HARGIS HARRIS FINLEY & BOGL 777 Main Street Suite 1800Fort Worth TX 76102 | Attorney for Trustee Fees (Other Fi | 3210-000 | | $20,146.10 | $550,112.06 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $587.43 | $549,524.63 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $583.52 | $548,941.11 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $564.10 | $548,377.01 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $582.26 | $547,794.75 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $581.70 | $547,213.05 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $524.82 | $546,688.23 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $580.48 | $546,107.75 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $561.19 | $545,546.56 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $579.29 | $544,967.27 |
| 07/07/15 | | First National Bank of Vinita 102 W. Illinois Avenue Vinita, OK 74301 | bank service fee | 2600-000 | | $559.98 | $544,407.29 |
| 08/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $578.08 | $543,829.21 |
| 09/08/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $577.47 | $543,251.74 |
| 09/11/15 | 10010 | POWERS TAYLOR LLP POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX  75206 | Attorney for Trustee Fees (Other Fi | | | $35,535.38 | $507,716.36 |
| | | POWERS TAYLOR LLP | ($34,113.31) | 3210-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:                    $0.00            $62,541.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-44103 | Trustee Name: Marilyn D. Garner, Trustee | Exhibit B |
| Case Name: THE DAVID BAGWELL COMPANY | Bank Name: First National Bank of Vinita | |
| | Account Number/CD#: XXXXXX1517 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8428 | Blanket Bond (per case limit): $300,000.00 | |
| For Period Ending: 07/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | POWERS TAYLOR LLP | ($1,422.07) | 3220-000 | | | |
| 09/11/15 | 10011 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | bond payment | 2300-000 | | $2,870.00 | $504,846.36 |
| 10/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $540.25 | $504,306.11 |
| 11/06/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $535.50 | $503,770.61 |
| 12/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $517.66 | $503,252.95 |
| 01/06/16 | 1 | Heritage Barns LLC | Schedule B Assets Gristmill equipment sold by Shattuck Auctions | 1229-000 | $13,850.00 | | $517,102.95 |
| 01/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $534.38 | $516,568.57 |
| 02/05/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $545.69 | $516,022.88 |
| 03/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $512.56 | $515,510.32 |
| 04/05/16 | 10012 | POWERS TAYLOR LLC POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX  75206 | ATTORNEY FEES | 3210-000 | | $34,113.31 | $481,397.01 |
| 04/05/16 | 10013 | POWERS TAYLOR LLC POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX  75206 | Attorney for Trustee Expenses (other firm) | 3220-000 | | $1,422.07 | $479,974.94 |
| 04/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $547.39 | $479,427.55 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $13,850.00   $42,138.81 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-44103
Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428
For Period Ending: 07/10/2018

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1517
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | 10014 | POWERS TAYLOR LLP POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX  75206 | Special Counsel for Trustee Fees Appellate work | 3210-000 | | $22,000.00 | $457,427.55 |
| 05/06/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $504.84 | $456,922.71 |
| 06/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $488.94 | $456,433.77 |
| 07/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $469.04 | $455,964.73 |
| 08/05/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $484.18 | $455,480.55 |
| 08/16/16 | 10015 | GERRIT M. PRONSKE PRONSKE GOOLSBY KATHMAN PC 901 MAIN STE STE 610 DALLAS, TX  75202-3741 | Special Counsel for Trustee Expenses | 3220-000 | | $367.50 | $455,113.05 |
| 08/16/16 | 10016 | GERRIT M. PRONSKE PRONSKE GOOLSBY KATHMAN PC 901 MAIN STE STE 610 DALLAS, TX  75202-3741 | Special Counsel Compensation | 3210-000 | | $23,869.00 | $431,244.05 |
| 08/22/16 | 10017 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX  77459 | bond payment SUR0028651 | 2300-000 | | $870.00 | $430,374.05 |
| 08/30/16 | 10018 | Strasburger & PriceLLP Strasburger & PriceLLP 901 Mail Street Ste 4400 Dallas, TX  75202-3729 | Special Counsel Compensation | 3210-000 | | $4,727.22 | $425,646.83 |
| 08/30/16 | 10019 | Strasburger & PriceLLP Strasburger & PriceLLP 901 Mail Street Ste 4400 Dallas, TX  75202-3729 | Special Counsel Compensation | 3210-000 | | $4,727.22 | $420,919.61 |
| 09/02/16 | 13 | The Oxford Corp | Schedule B Assets | 1129-000 | $200.00 | | $421,119.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals:                                                    $200.00          $58,507.94

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-44103 | Trustee Name: Marilyn D. Garner, Trustee |
| Case Name: THE DAVID BAGWELL COMPANY | Bank Name: First National Bank of Vinita |
| | Account Number/CD#: XXXXXX1517 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8428 | Blanket Bond (per case limit): $300,000.00 |
| For Period Ending: 07/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/16 | 13 | The Oxford Corp | Schedule B Assets | 1129-000 | $800.00 | | $421,919.61 |
| 09/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $471.94 | $421,447.67 |
| 10/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $434.88 | $421,012.79 |
| 10/27/16 | 5 | UNITED STATES DISTRICT COURT US Treasury | broughton bankruptcy from registry of the court | 1129-000 | $15,000.00 | | $436,012.79 |
| 10/27/16 | 5 | US District Court United States Treasury | broadland bankruptcy from registry of the court | 1129-000 | $15,000.00 | | $451,012.79 |
| 10/27/16 | 5 | North State Bank Home maintenance Organization per settlement | Home maintenance Organization per settlement | 1129-000 | $8,000.00 | | $459,012.79 |
| 10/27/16 | 5 | Old Grove HOA Settlement | Old Grove HOA Settlement | 1129-000 | $8,000.00 | | $467,012.79 |
| 10/27/16 | 5 | Whittier Height HOA | Whittier Height HOA settlement | 1129-000 | $8,000.00 | | $475,012.79 |
| 11/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $454.45 | $474,558.34 |
| 12/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $487.65 | $474,070.69 |
| 01/09/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $503.39 | $473,567.30 |
| 02/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $502.90 | $473,064.40 |
| 03/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $453.73 | $472,610.67 |

Page Subtotals: $54,800.00   $3,308.94

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-44103
Case Name: THE DAVID BAGWELL COMPANY

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1517
Checking Account (Non-Interest Earn

Exhibit B

Taxpayer ID No: XX-XXX8428
For Period Ending: 07/10/2018

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/17 | 10020 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX  77459 | bond payment | 2300-000 | | $35.00 | $472,575.67 |
| 04/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $501.82 | $472,073.85 |
| 05/05/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $485.11 | $471,588.74 |
| 06/06/17 | 10021 | Evermore Communities LTD | Adjusted payment to related case 50% of 24,000 funds received from the HOA and 30,000 from the registry of the court from estates of Broadland and Broughton belong to the related case Evermore Communities LTD 12-44116 | 8500-002 | | $27,000.00 | $444,588.74 |
| 07/13/17 | 10022 | Harris Finley & Bogle, P.C. 777 Main Street Suite 1800 Fort Worth, TX  76102 | ATTORNEY FEES | 3210-000 | | $109,587.00 | $335,001.74 |
| 07/13/17 | 10023 | HARRIS, FINLEY & BOGLE P.C. 777 Main Street, Suite 1800 Fort Worth, Texas 76102-5341 | ATTORNEY EXPENSES | 3220-000 | | $2,570.43 | $332,431.31 |
| 08/17/17 | 10024 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX  77459 | bond payment invoice no 1260 | 2300-000 | | $665.00 | $331,766.31 |
| 10/16/17 | 10025 | LEVY, SHELDON E. 6320 Southwest Blvd., Suite 204 Fort Worth, Texas 76109 | Accountant for Trustee Fees (Other | 3410-000 | | $5,900.00 | $325,866.31 |
| 10/16/17 | 10026 | LEVY, SHELDON E. 6320 Southwest Blvd., Suite 204 Fort Worth, Texas 76109 | CPA expenses | 3420-000 | | $95.00 | $325,771.31 |
| 06/01/18 | 10027 | SHATTUCK & ASSOCIATES 650 CANION STREET AUSTIN, TX  78752 | Compensation Order at doc 288 | 3610-000 | | $1,385.00 | $324,386.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*                    Page Subtotals:                    $0.00          $148,224.36

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-44103 | Trustee Name: Marilyn D. Garner, Trustee |
| Case Name: THE DAVID BAGWELL COMPANY | Bank Name: First National Bank of Vinita |
| | Account Number/CD#: XXXXXX1517 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8428 | Blanket Bond (per case limit): $300,000.00 |
| For Period Ending: 07/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | 10028 | SHATTUCK & ASSOCIATES 650 CANION STREET AUSTIN, TX  78752 | Auctioneer expenses Order at doc 288 | 3620-000 | | $606.00 | $323,780.31 |
| 06/01/18 | 10029 | The Ridge at Alta Vista Investments I LLC c/o Cliff A. Wade, Esq MBL Law 17330 Preston Road Suite 250D Dallas TX  75252 | Distribution per order at doc 201 | 7100-000 | | $5,754.50 | $318,025.81 |
| 06/20/18 | 10030 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 PLANO TX  75093 | debtor's attorney's fees Reversal voided to indicate payee is a 1099 recipient | 3701-000 | | ($66,222.67) | $384,248.48 |
| 06/20/18 | 10030 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 PLANO TX  75093 | debtor's attorney's fees | 3701-000 | | $66,222.67 | $318,025.81 |
| 06/20/18 | 10031 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 PLANO TX  75093 | Attorney for debtor expenses | 6710-000 | | $2,618.27 | $315,407.54 |
| 06/20/18 | 10032 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 DALLAS TX  75093 | Attorney for debtor fees | 6700-000 | | $66,222.67 | $249,184.87 |
| 06/28/18 | 10033 | Harris Finley & Bogle, P.C. 777 Main Street Suite 1800 Fort Worth, TX  76102 | Attorney for Trustee Fees | 3210-000 | | $26,816.50 | $222,368.37 |
| 06/28/18 | 10034 | Harris Finley & Bogle, P.C. 777 Main Street Suite 1800 Fort Worth, TX  76102 | Attorney for Trustee Expenses (other firm) | 3220-000 | | $11.60 | $222,356.77 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $773,473.32 | $551,116.55 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $773,473.32 | $551,116.55 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $773,473.32 | $551,116.55 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*                     Page Subtotals:                     $0.00          $102,029.54

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1517 - Checking Account (Non-Interest Earn | $773,473.32 | $551,116.55 | $222,356.77 |
| | $773,473.32 | $551,116.55 | $222,356.77 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $773,473.32 |
| Total Gross Receipts: | $773,473.32 |

Page Subtotals:                     $0.00        $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                                                                      Date: July 10, 2018

Debtor Name: THE DAVID BAGWELL COMPANY

Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 3210 | BELL NUNNALLY & MARTIN LLP<br>Bell Nunnally & Martin LLP<br>3232 McKinney Avenue, Ste 1400<br>Dallas TX  75204 | Administrative | | $0.00 | $44,596.52 | $44,596.52 |
| 1 3210 | Harris Finley & Bogle, P.C.<br>777 Main Street Suite 1800<br>Fort Worth, TX  76102 | Administrative | order doc 154 approved 101,484.33; 100,730.50 fees 753.83 expenses<br><br>pay now 80,584.40<br><br>amended order doc 159<br><br>Creditor phone extension: 8709 | $0.00 | $237,134.00 | $237,134.00 |
| 1 3210 | JOHNSTON TOBEY PC<br>JOHNSTON TOBEY PC<br>3308 Oak Grove Avenue<br>Dallas, TX  75204 | Administrative | Special Counsel re malpractice claims<br>order doc 124 re employment and 10K engagement fee; beh req'd tax id no 8/30 | $0.00 | $10,000.00 | $10,000.00 |
| 1 3210 | POWERS TAYLOR LLP<br>POWERS TAYLOR LLP<br>8150 N Central Expwy Ste 1575<br>Dallas, TX  75206 | Administrative | employment order at docket no 125; compass bank action; req'd tax id no 8/29 | $0.00 | $56,113.31 | $56,113.31 |
| 1 3210 | Strasburger & PriceLLP<br>Strasburger & PriceLLP<br>901 Main Street Ste 4400<br>Dallas, TX  75202-3729 | Administrative | | $0.00 | $4,727.22 | $4,727.22 |
| 1 3220 | Harris Finley & Bogle, P.C.<br>777 Main Street Suite 1800<br>Fort Worth, TX  76102 | Administrative | | $0.00 | $3,335.86 | $3,335.86 |
| 1 3220 | DONNA R. HERNANDEZ<br>THE LAW OFFICE OF DONNA R. HERNANDEZ<br>610 PARKER SQUARE<br>FLOWER MOUND, TX  75028 | Administrative | | $0.00 | $413.89 | $413.89 |
| 1 3220 | POWERS TAYLOR LLP<br>POWERS TAYLOR LLP<br>8150 N Central Expwy Ste 1575<br>Dallas, TX  75206 | Administrative | | $0.00 | $1,422.07 | $1,422.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                               Date: July 10, 2018
Debtor Name: THE DAVID BAGWELL COMPANY
Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>3410 | PJC ACCOUNTING SERVICES INC<br>PJC ACCOUNTING SERVICES INC<br>PO BOX 1871<br>MIDLOTHIAN, TX  76065 | Administrative | | $0.00 | $750.00 | $750.00 |
| 1<br>3610 | SHATTUCK & ASSOCIATES<br>650 CANION STREET<br>AUSTIN, TX  78752 | Administrative | | $0.00 | $1,385.00 | $1,385.00 |
| 9<br>3210 | DONNA R. HERNANDEZ<br>THE LAW OFFICE OF DONNA R. HERNANDEZ<br>610 PARKER SQUARE<br>FLOWER MOUND, TX  75028 | Administrative | | $0.00 | $2,200.00 | $2,200.00 |
| 99<br>2100 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX  76006 | Administrative | | $0.00 | $40,573.67 | $40,573.67 |
| 99<br>8500 | Evermore Communities LTD<br>Bankruptcy Estate 12-44116 | Administrative | | $0.00 | $27,000.00 | $27,000.00 |
| 100<br>2200 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX  76006 | Administrative | | $0.00 | $2,658.81 | $2,658.81 |
| 100<br>2300 | George Adams & Company Insurance Agency LLC<br>4501 Cartwright Rd Ste 402<br>Missouri City TX  77459 | Administrative | | $0.00 | $1,570.00 | $1,570.00 |
| 10<br>100<br>2950 | US TRUSTEE<br>1100 Commerce St.<br>Room 976<br>Dallas, TX  75242 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100<br>3210 | POWERS TAYLOR LLC<br>POWERS TAYLOR LLP<br>8150 N Central Expwy Ste 1575<br>Dallas, TX  75206 | Administrative | | $0.00 | $34,113.31 | $34,113.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                          Date: July 10, 2018
Debtor Name: THE DAVID BAGWELL COMPANY
Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3210 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 DALLAS TX 75093 | Administrative | | $0.00 | $23,869.00 | $23,869.00 |
| 100 3210 | Strasburger & PriceLLP Strasburger & PriceLLP 901 Main Street Ste 4400 Dallas, TX 75202-3729 | Administrative | | $0.00 | $4,727.22 | $4,727.22 |
| 100 3220 | BELL NUNNALLY & MARTIN LLP Bell Nunnally & Martin LLP 3232 McKinney Avenue, Ste 1400 Dallas TX 75204 | Administrative | | $0.00 | $208.02 | $208.02 |
| 100 3220 | POWERS TAYLOR LLC POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX 75206 | Administrative | | $0.00 | $1,422.07 | $1,422.07 |
| 100 3220 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 DALLAS TX 75093 | Administrative | | $0.00 | $367.50 | $367.50 |
| 100 3410 | SHELDON E. LEVY, CPA 6320 Southwest Blvd., Suite 204 Fort Worth, Texas 76109 | Administrative | | $0.00 | $5,900.00 | $5,900.00 |
| 100 3420 | SHELDON E. LEVY, CPA 6320 Southwest Blvd., Suite 204 Fort Worth, Texas 76109 | Administrative | | $0.00 | $95.00 | $95.00 |
| 100 3620 | SHATTUCK & ASSOCIATES 650 CANION STREET AUSTIN, TX 78752 | Administrative | | $0.00 | $606.00 | $606.00 |

Printed: July 10, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                                                     Date: July 10, 2018

Debtor Name: THE DAVID BAGWELL COMPANY

Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 150 6700 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 DALLAS TX 75093 | Administrative | | $0.00 | $66,222.67 | $66,222.67 |
| 150 6710 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 DALLAS TX 75093 | Administrative | | $0.00 | $2,618.27 | $2,618.27 |
| 13 230 5300 | PJC ACCOUNTING SERVICES, INC. P.O. Box 1871 Midlothian, TX 76065 | Priority | | $0.00 | $346.83 | $346.83 |
| 14 230 5300 | CINDY BRAZIL 3077 High Mesa Court Grapevine, TX 76052 | Priority | | $0.00 | $11,725.00 | $11,725.00 |
| 6 280 5800 | INTERNAL REVENUE SERVICE 1100 Commerce St. Mail Code 5020-DAL Dallas, TX 75242 | Priority | | $0.00 | $30,111.15 | $30,111.15 |
| 8 280 5800 | TEXAS WORKFORCE COMMISSION Regulatory Integrity Division - SAU Room 556 101 E. 15th Street Austin, TX 78778-0001 | Priority | | $0.00 | $410.73 | $410.73 |
| 300 7100 | William Pena c/o Taylor Steel 2932 Rolling Hills Drive Carrollton TX 75007-5755 | Unsecured | | $0.00 | $3,100.00 | $3,100.00 |
| 4 300 7100 | Dale Crane P.O. Box 92817 Southlake, Tx 76092 | Unsecured | | $0.00 | $33,996.38 | $33,996.38 |

Printed: July 10, 2018

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                                                          Date: July 10, 2018
Debtor Name: THE DAVID BAGWELL COMPANY
Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6B<br>300<br>7100 | IRS<br>1100 Commerce St.<br>Mail Code 5020-DAL<br>Dallas, TX  75242 | Unsecured | | $0.00 | $10,169.92 | $10,169.92 |
| 9<br>300<br>7100 | The Ridge At Alta Vista<br>Investments I, Llc<br>co Cliff Wade<br>3333 Lee Parkway, 8th Floor<br>Dallas, TX 75219 | Unsecured | | $0.00 | $2,128,993.34 | $2,128,993.34 |
| 12<br>300<br>7100 | AMERICAN EXPRESS BANK,<br>FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $2,276.77 | $2,276.77 |
| 13<br>300<br>7100 | PJC ACCOUNTING SERVICES,<br>INC.<br>P.O. Box 1871<br>Midlothian, TX  76065 | Unsecured | Extended Check Description Notes from conversion:<br>digits:8428 | $0.00 | $1,349.69 | $1,349.69 |
| 14<br>300<br>7100 | CINDY BRAZIL<br>3077 High Mesa Court<br>Grapevine, TX  76052 | Unsecured | Extended Check Description Notes from conversion:<br>digits:8428 | $0.00 | $24,335.34 | $24,335.34 |
| 15<br>300<br>7100 | TAYLOR STEELE<br>2932 Rolling Hills Dr.<br>Carrollton, TX  75007 | Unsecured | | $0.00 | $4,713.44 | $4,713.44 |
| 16<br>300<br>7100 | JEFFREY DENNINGTON CO<br>TAYLOR STEELE<br>3004 Cameo Lane<br>Farmers Branch TX  75234 | Unsecured | | $0.00 | $1,548.83 | $1,548.83 |
| 17<br>300<br>7100 | ASHMORE #4 LIMITED<br>PARTNERSHIP<br>4440 Westway Ave<br>Dallas, TX  75205 | Unsecured | Extended Check Description Notes from conversion:<br>digits:8428 | $0.00 | $61,665.00 | $61,665.00 |

Printed: July 10, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                                              Date: July 10, 2018
Debtor Name: THE DAVID BAGWELL COMPANY
Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 300 7100 | ASHMORE LIMITED PARTNERSHIP, et al 4440 Westway Ave Dallas, TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $92,664.00 | $92,664.00 |
| 19 300 7100 | MARGARET SHARPE 3700 Alice Circle Dallas, TX 75205 | Unsecured | | $0.00 | $25,368.00 | $25,368.00 |
| 20 300 7100 | DAVID S. BAGWELL TRUST 4440 Westway Ave Dallas, TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $4,000.00 | $4,000.00 |
| 21 300 7100 | MEREDITH CAROLINA BAGWELL MATLOCK 1409 Poplar Blvd. Jackson, MS 39202 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $26,350.00 | $26,350.00 |
| 22 300 7100 | SARAH BROOKE BAGWELL KRUEGER 320 E. Gunnison Avenue Woodland Park, CO 80863 | Unsecured | Extended Check Description Notes from conversion: digits):8428  (22-2) Account Number (last 4 digits):8428 | $0.00 | $52,891.28 | $52,891.28 |
| 23 300 7100 | SISTER INITIATIVE, LLC 4440 Westway Ave Dallas, TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $89,634.05 | $89,634.05 |
| 24 300 7100 | OBLIGE CAPITAL CORPORATION 4407 Westway Ave Dallas, TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $28,600.34 | $28,600.34 |
| 25 300 7100 | The Ridge at Alta Vista Investments I LLC c/o Cliff A. Wade, Esq MBL Law 17330 Preston Road Suite 250D Dallas TX 75252 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $689,328.83 | $689,328.83 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                                      Date: July 10, 2018
Debtor Name: THE DAVID BAGWELL COMPANY
Claims Bar Date: 3/12/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 26 300 7100 | EVERMORE CORP 4440 Westway Ave Dallas, TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $7,309.16 | $7,309.16 |
| 27 300 7100 | EVERMORE COMMUNITIES, LTD. c/o Marilyn D. Garner, Trustee 2007 E. Lamar Blvd., Ste. 200 Arlington, TX 76006 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $617,354.48 | $617,354.48 |
| 28 300 7100 | BROADACRE PARTNERS 4440 Westway Ave Dallas TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $224,227.81 | $224,227.81 |
| 29 300 7100 | The Ridge at Alta Vista Investments I LLC c/o Cliff A. Wade, Esq SettlePou 3333 Lee Pkwy 8th Fl Dallas TX 75219 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $97,827.64 | $97,827.64 |
| 30 300 7100 | Susan S. Bagwell 4407 Westway Ave. Dallas, Tx 75205 | Unsecured | | $0.00 | $193,694.17 | $193,694.17 |
| 31 300 7100 | GOODACRE LIMITED PARTNERSHIP 4433 South Versailles Dallas, TX 75205 | Unsecured | Extended Check Description Notes from conversion: digits):8428 | $0.00 | $40,000.00 | $40,000.00 |
| 7 400 4210 | MARK GOTTFREDSON 7321 Trianon Ct. Colleyville, TX 76034 | Secured | | $0.00 | $12,509.59 | $12,509.59 |
| 999 2300 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Administrative | Bond no. 00105857698 | $0.00 | $9,094.00 | $9,094.00 |
| | Case Totals | | | $0.00 | $5,099,625.18 | $5,099,625.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 4:12-44103                                                                                      Date: July 10, 2018
Debtor Name: THE DAVID BAGWELL COMPANY
Claims Bar Date: 3/12/2013

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-44103
Case Name: THE DAVID BAGWELL COMPANY
Trustee Name: Marilyn D. Garner, Trustee

Balance on hand                                   $          222,356.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | MARK GOTTFREDSON | $     12,509.59 | $     12,509.59 | $     0.00 | $     0.00 |

Total to be paid to secured creditors          $          0.00

Remaining Balance                              $          222,356.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Marilyn D. Garner | $     40,573.67 | $     25,000.00 | $     15,573.67 |
| Trustee Expenses: Marilyn D. Garner | $     2,658.81 | $     0.00 | $     2,658.81 |
| Attorney for Trustee Fees: Strasburger & PriceLLP See  DE 211 approving payment as order was previously entered in Evermore Communities Ltd by mistake. | $     4,727.22 | $     4,727.22 | $     0.00 |
| Accountant for Trustee Fees: SHELDON E. LEVY, CPA | $     5,900.00 | $     5,900.00 | $     0.00 |
| Accountant for Trustee Expenses: SHELDON E. LEVY, CPA | $     95.00 | $     95.00 | $     0.00 |
| Auctioneer Fees: SHATTUCK & ASSOCIATES | $     1,385.00 | $     1,385.00 | $     0.00 |
| Auctioneer Expenses: SHATTUCK & ASSOCIATES | $     606.00 | $     606.00 | $     0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Fees: US TRUSTEE<br>withdrawn 6/1/18 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: POWERS TAYLOR LLP<br>Order entered 4/25/16 at de 216 for an<br>additional 22,000.00 for appellate work | $ 56,113.31 | $ 56,113.31 | $ 0.00 |
| Other: POWERS TAYLOR LLP | $ 1,422.07 | $ 1,422.07 | $ 0.00 |
| Other: Harris Finley & Bogle, P.C. | $ 237,134.00 | $ 237,134.00 | $ 0.00 |
| Other: Harris Finley & Bogle, P.C. | $ 3,335.86 | $ 3,335.86 | $ 0.00 |
| Other: DONNA R. HERNANDEZ | $ 2,200.00 | $ 2,200.00 | $ 0.00 |
| Other: DONNA R. HERNANDEZ | $ 413.89 | $ 413.89 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9,094.00 | $ 9,094.00 | $ 0.00 |
| Other: JOHNSTON TOBEY PC | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: Strasburger & PriceLLP<br>order at de 227 - 4727.22 also paid from this<br>estate on behalf of Evermore Communities<br>ltd case no 12-44116 | $ 4,727.22 | $ 4,727.22 | $ 0.00 |
| Other: PJC ACCOUNTING SERVICES INC | $ 750.00 | $ 750.00 | $ 0.00 |
| Other: BELL NUNNALLY & MARTIN LLP<br>order at de 228 for the period November 26,<br>2014 through April 15, 2016 | $ 44,596.52 | $ 0.00 | $ 44,596.52 |
| Other: BELL NUNNALLY & MARTIN LLP | $ 208.02 | $ 0.00 | $ 208.02 |
| Other: George Adams & Company<br>Insurance Agency LLC | $ 1,570.00 | $ 1,570.00 | $ 0.00 |
| Other: POWERS TAYLOR LLC<br>See DE 211 approving payment as order<br>was previously entered in Evermore<br>Communities Ltd by mistake. | $ 34,113.31 | $ 34,113.31 | $ 0.00 |
| Other: POWERS TAYLOR LLC | $ 1,422.07 | $ 1,422.07 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: PRONSKE GOOLSBY KATHMAN PC<br>Fee application at de224; order approving fee application at de 250<br>Expenses 367.50. | $ 23,869.00 | $ 23,869.00 | $ 0.00 |
| Other: PRONSKE GOOLSBY KATHMAN PC | $ 367.50 | $ 367.50 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $_____63,037.02

Remaining Balance       $_____159,319.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: PRONSKE GOOLSBY KATHMAN PC | $ 2,618.27 | $ 2,618.27 | $ 0.00 |
| Other: PRONSKE GOOLSBY KATHMAN PC<br>FEE APPLICATION AT DE #25;<br>AGREED ORDER AT DE 259 | $ 66,222.67 | $ 66,222.67 | $ 0.00 |

Total to be paid for prior chapter administrative expenses       $_____0.00

Remaining Balance       $_____159,319.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 42,593.71  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | PJC ACCOUNTING SERVICES, INC. | $ 346.83 | $ 0.00 | $ 346.83 |
| 14 | CINDY BRAZIL | $ 11,725.00 | $ 0.00 | $ 11,725.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | $ 30,111.15 | $ 0.00 | $ 30,111.15 |
| 8 | TEXAS WORKFORCE COMMISSION | $ 410.73 | $ 0.00 | $ 410.73 |

Total to be paid to priority creditors $ 42,593.71

Remaining Balance $ 116,726.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,461,398.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | William Pena | $ 3,100.00 | $ 0.00 | $ 85.11 |
| 4 | Dale Crane | $ 33,996.38 | $ 0.00 | $ 933.32 |
| 6B | IRS | $ 10,169.92 | $ 0.00 | $ 279.20 |
| 9 | The Ridge At Alta Vista Investments I, Llc | $ 2,128,993.34 | $ 5,754.50 | $ 52,693.60 |
| 12 | AMERICAN EXPRESS BANK, FSB | $ 2,276.77 | $ 0.00 | $ 62.51 |
| 13 | PJC ACCOUNTING SERVICES, INC. | $ 1,349.69 | $ 0.00 | $ 37.05 |
| 14 | CINDY BRAZIL | $ 24,335.34 | $ 0.00 | $ 668.09 |
| 15 | TAYLOR STEELE | $ 4,713.44 | $ 0.00 | $ 129.40 |
| 16 | JEFFREY DENNINGTON CO TAYLOR STEELE | $ 1,548.83 | $ 0.00 | $ 42.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | ASHMORE #4 LIMITED PARTNERSHIP | $ 61,665.00 | $ 0.00 | $ 1,692.91 |
| 18 | ASHMORE LIMITED PARTNERSHIP, et al | $ 92,664.00 | $ 0.00 | $ 2,543.94 |
| 19 | MARGARET SHARPE | $ 25,368.00 | $ 0.00 | $ 696.44 |
| 20 | DAVID S. BAGWELL TRUST | $ 4,000.00 | $ 0.00 | $ 109.81 |
| 21 | MEREDITH CAROLINA BAGWELL MATLOCK | $ 26,350.00 | $ 0.00 | $ 723.40 |
| 22 | SARAH BROOKE BAGWELL KRUEGER | $ 52,891.28 | $ 0.00 | $ 1,452.05 |
| 23 | SISTER INITIATIVE, LLC | $ 89,634.05 | $ 0.00 | $ 2,460.76 |
| 24 | OBLIGE CAPITAL CORPORATION | $ 28,600.34 | $ 0.00 | $ 785.18 |
| 25 | The Ridge at Alta Vista Investments I LLC | $ 689,328.83 | $ 0.00 | $ 18,924.42 |
| 26 | EVERMORE CORP | $ 7,309.16 | $ 0.00 | $ 200.66 |
| 27 | EVERMORE COMMUNITIES, LTD. | $ 617,354.48 | $ 0.00 | $ 16,948.48 |
| 28 | BROADACRE PARTNERS | $ 224,227.81 | $ 0.00 | $ 6,155.81 |
| 29 | The Ridge at Alta Vista Investments I LLC | $ 97,827.64 | $ 0.00 | $ 2,685.70 |
| 30 | Susan S. Bagwell | $ 193,694.17 | $ 0.00 | $ 5,317.55 |
| 31 | GOODACRE LIMITED PARTNERSHIP | $ 40,000.00 | $ 0.00 | $ 1,098.13 |

Total to be paid to timely general unsecured creditors    $ 116,726.04

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE