# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** TEXAS
### FORT WORTH **DIVISION**

In Re:                                          §
                                                §
THE DAVID BAGWELL COMPANY                        §          Case No. 12-44103
                                                §
              Debtor                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marilyn D. Garner, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 239,155.59                    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  165,074.25   Claims Discharged
                                                Without Payment:  NA

Total Expenses of Administration:  581,399.07

3) Total gross receipts of $ 773,473.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,000.00  (see **Exhibit 2**), yielded net receipts of $ 746,473.32  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 12,509.59 | $ 12,509.59 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 512,558.13 | 512,558.13 | 512,558.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 68,840.94 | 68,840.94 | 68,840.94 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 43,139.57 | 42,593.71 | 42,593.71 | 42,593.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,147,810.00 | 4,461,398.47 | 4,461,398.47 | 122,480.54 |
| **TOTAL DISBURSEMENTS** | $ 2,190,949.57 | $ 5,097,900.84 | $ 5,097,900.84 | $ 746,473.32 |

4) This case was originally filed under chapter 11 on 05/03/2012 , and it was converted to chapter 7 on 10/09/2012 . The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2019                    By:/s/Marilyn D. Garner, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Broadland LP (petition amount is an estimate) | 1129-000 | 116,658.39 |
| Broughton LP | 1129-000 | 641,964.93 |
| Potential lawsuit against Compass Bank | 1129-000 | 1,000.00 |
| Timbers and machinery at Heritage Barns | 1229-000 | 13,850.00 |
| TOTAL GROSS RECEIPTS | | $773,473.32 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Evermore Communities LTD | Non-Estate Funds Paid to Third Parties | 8500-002 | 27,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 27,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | MARK GOTTFREDSON | 4210-000 | NA | 12,509.59 | 12,509.59 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 12,509.59 | $ 12,509.59 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marilyn D. Garner | 2100-000 | NA | 40,573.67 | 40,573.67 | 40,573.67 |
| Marilyn D. Garner | 2200-000 | NA | 2,658.81 | 2,658.81 | 2,658.81 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | 1,570.00 | 1,570.00 | 1,570.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 9,094.00 | 9,094.00 | 9,094.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 25,275.66 | 25,275.66 | 25,275.66 |
| US TRUSTEE | 2950-000 | NA | 0.00 | 0.00 | 0.00 |
| Harris Finley & Bogle, P.C. | 3210-000 | NA | 237,134.00 | 237,134.00 | 237,134.00 |
| POWERS TAYLOR LLC | 3210-000 | NA | 34,113.31 | 34,113.31 | 34,113.31 |
| Strasburger & PriceLLP | 3210-000 | NA | 4,727.22 | 4,727.22 | 4,727.22 |
| BELL NUNNALLY & MARTIN LLP | 3210-600 | NA | 44,596.52 | 44,596.52 | 44,596.52 |
| DONNA R. HERNANDEZ | 3210-600 | NA | 2,200.00 | 2,200.00 | 2,200.00 |
| JOHNSTON TOBEY PC | 3210-600 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| POWERS TAYLOR LLP | 3210-600 | NA | 56,113.31 | 56,113.31 | 56,113.31 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRONSKE GOOLSBY KATHMAN PC | 3210-600 | NA | 23,869.00 | 23,869.00 | 23,869.00 |
| Strasburger & PriceLLP | 3210-600 | NA | 4,727.22 | 4,727.22 | 4,727.22 |
| BELL NUNNALLY & MARTIN LLP | 3220-000 | NA | 208.02 | 208.02 | 208.02 |
| DONNA R. HERNANDEZ | 3220-000 | NA | 413.89 | 413.89 | 413.89 |
| Harris Finley & Bogle, P.C. | 3220-000 | NA | 3,335.86 | 3,335.86 | 3,335.86 |
| POWERS TAYLOR LLC | 3220-000 | NA | 1,422.07 | 1,422.07 | 1,422.07 |
| POWERS TAYLOR LLP | 3220-000 | NA | 1,422.07 | 1,422.07 | 1,422.07 |
| PRONSKE GOOLSBY KATHMAN PC | 3220-610 | NA | 367.50 | 367.50 | 367.50 |
| PJC ACCOUNTING SERVICES INC | 3410-000 | NA | 750.00 | 750.00 | 750.00 |
| SHELDON E. LEVY, CPA | 3410-000 | NA | 5,900.00 | 5,900.00 | 5,900.00 |
| SHELDON E. LEVY, CPA | 3420-000 | NA | 95.00 | 95.00 | 95.00 |
| SHATTUCK & ASSOCIATES | 3610-000 | NA | 1,385.00 | 1,385.00 | 1,385.00 |
| SHATTUCK & ASSOCIATES | 3620-000 | NA | 606.00 | 606.00 | 606.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 512,558.13 | $ 512,558.13 | $ 512,558.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Fees: PRONSKE GOOLSBY KATHMAN PC | 6700-180 | NA | 66,222.67 | 66,222.67 | 66,222.67 |
| Other Prior Chapter Professional Expenses: PRONSKE GOOLSBY KATHMAN PC | 6710-000 | NA | 2,618.27 | 2,618.27 | 2,618.27 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 68,840.94 | $ 68,840.94 | $ 68,840.94 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Colleyville Grapevine-Colleyville Area Tax Office | | 45.70 | NA | NA | 0.00 |
| | IRS | | 6,585.35 | NA | NA | 0.00 |
| | Jeffrey Dennington c/o Taylor Steele | | 4,000.00 | NA | NA | 0.00 |
| | Tarrant County Tax Assessor/Collector | | 17.08 | NA | NA | 0.00 |
| | Taylor Steele | | 12,500.00 | NA | NA | 0.00 |
| | William Pena c/o Taylor Steel | | 3,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | CINDY BRAZIL | 5300-000 | NA | 11,725.00 | 11,725.00 | 11,725.00 |
| 13 | PJC ACCOUNTING SERVICES, INC. | 5300-001 | NA | 346.83 | 346.83 | 346.83 |
| 6 | INTERNAL REVENUE SERVICE | 5800-000 | 16,579.43 | 30,111.15 | 30,111.15 | 30,111.15 |
| 8 | TEXAS WORKFORCE COMMISSION | 5800-000 | 312.01 | 410.73 | 410.73 | 410.73 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 43,139.57 | $ 42,593.71 | $ 42,593.71 | $ 42,593.71 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility | | 313.26 | NA | NA | 0.00 |
| | AT&T Service Southwest c/o Diversified Adjustment Service, Inc. | | 248.36 | NA | NA | 0.00 |
| | Bland, Garvey, Eads, Medlock & Deppe | | 4,305.00 | NA | NA | 0.00 |
| | Bodoin, Agnew, Greene & Maxwell, P.C. | | 4,164.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Broderick Advertising | | 500.00 | NA | NA | 0.00 |
| | David Bagwell | | 47,827.64 | NA | NA | 0.00 |
| | David S. & Susan S. Bagwell | | 722,412.78 | NA | NA | 0.00 |
| | David S. Bagwell Trust FBO Meredith C. Bagwell | | 520.42 | NA | NA | 0.00 |
| | FedEx | | 0.00 | NA | NA | 0.00 |
| | Jim French | | 695.00 | NA | NA | 0.00 |
| | Mark Gottfredson | | 10,000.00 | NA | NA | 0.00 |
| | North Texas Tollway Authority | | 38.00 | NA | NA | 0.00 |
| | Office Depot Credit Plan | | 99.43 | NA | NA | 0.00 |
| | Old Grove Maintenance Association, Inc. c/o Anita Handy | | 0.00 | NA | NA | 0.00 |
| | PODS | | 1,300.00 | NA | NA | 0.00 |
| | Representing: American Express OA Special Research | | 0.00 | NA | NA | 0.00 |
| | Representing: Jim French | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Ridge at Alta Vista Investments I, LLC | | 0.00 | NA | NA | 0.00 |
| | Representing: United Health Care - Dept CH 10151 | | 0.00 | NA | NA | 0.00 |
| | Rigoberto Ortiz | | 400.00 | NA | NA | 0.00 |
| | Susan S. Bagwell | | 4,250.00 | NA | NA | 0.00 |
| | United Health Care - Dept CH 10151 | | 5,250.25 | NA | NA | 0.00 |
| | Whittier Heights Maintenance Association, Inc. c/o Anita Handy | | 0.00 | NA | NA | 0.00 |
| 12 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 2,276.77 | 2,276.77 | 2,276.77 | 62.51 |
| 17 | ASHMORE #4 LIMITED PARTNERSHIP | 7100-000 | NA | 61,665.00 | 61,665.00 | 1,692.91 |
| 18 | ASHMORE LIMITED PARTNERSHIP, et al | 7100-000 | 76,800.00 | 92,664.00 | 92,664.00 | 2,543.94 |
| 28 | BROADACRE PARTNERS | 7100-000 | 223,717.80 | 224,227.81 | 224,227.81 | 6,155.81 |
| 14 | CINDY BRAZIL | 7100-000 | 41,000.00 | 24,335.34 | 24,335.34 | 668.09 |
| 4 | Dale Crane | 7100-000 | 31,000.00 | 33,996.38 | 33,996.38 | 933.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | DAVID S. BAGWELL TRUST | 7100-000 | 2,906.99 | 4,000.00 | 4,000.00 | 109.81 |
| 27 | EVERMORE COMMUNITIES, LTD. | 7100-000 | 616,804.48 | 617,354.48 | 617,354.48 | 16,948.48 |
| 26 | EVERMORE CORP | 7100-000 | NA | 7,309.16 | 7,309.16 | 200.66 |
| 31 | GOODACRE LIMITED PARTNERSHIP | 7100-000 | NA | 40,000.00 | 40,000.00 | 1,098.13 |
| 6B | IRS | 7100-000 | NA | 10,169.92 | 10,169.92 | 279.20 |
| 16 | JEFFREY DENNINGTON CO TAYLOR STEELE | 7100-000 | NA | 1,548.83 | 1,548.83 | 42.52 |
| 19 | MARGARET SHARPE | 7100-000 | 22,000.00 | 25,368.00 | 25,368.00 | 696.44 |
| 21 | MEREDITH CAROLINA BAGWELL MATLOCK | 7100-000 | 11,530.65 | 26,350.00 | 26,350.00 | 723.40 |
| 24 | OBLIGE CAPITAL CORPORATION | 7100-000 | 16,900.00 | 28,600.34 | 28,600.34 | 785.18 |
| 22 | SARAH BROOKE BAGWELL KRUEGER | 7100-000 | 27,223.54 | 52,891.28 | 52,891.28 | 1,452.05 |
| 23 | SISTER INITIATIVE, LLC | 7100-000 | 55,357.68 | 89,634.05 | 89,634.05 | 2,460.76 |
| 30 | Susan S. Bagwell | 7100-000 | 209,358.92 | 193,694.17 | 193,694.17 | 5,317.55 |
| 15 | TAYLOR STEELE | 7100-000 | NA | 4,713.44 | 4,713.44 | 129.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | The Ridge at Alta Vista Investments I LLC | 7100-000 | NA | 689,328.83 | 689,328.83 | 18,924.42 |
| 29 | The Ridge at Alta Vista Investments I LLC | 7100-000 | 0.00 | 97,827.64 | 97,827.64 | 2,685.70 |
| 9 | The Ridge At Alta Vista Investments I, Llc | 7100-000 | NA | 2,128,993.34 | 2,128,993.34 | 58,448.10 |
| | William Pena | 7100-000 | NA | 3,100.00 | 3,100.00 | 85.11 |
| 13 | PJC ACCOUNTING SERVICES, INC. | 7100-001 | 8,608.64 | 1,349.69 | 1,349.69 | 37.05 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,147,810.00 | $ 4,461,398.47 | $ 4,461,398.47 | $ 122,480.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-44103 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | THE DAVID BAGWELL COMPANY | | | | Date Filed (f) or Converted (c): | 10/09/2012 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2012 |
| For Period Ending: | 01/14/2019 | | | | Claims Bar Date: | 03/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Timbers and machinery at Heritage Barns (u) | Unknown | 0.00 | | 13,850.00 | FA |
| 2. Bank of Texas checking XXXXX2113 | 1.51 | 0.00 | | 0.00 | FA |
| 3. 100% in Evermore Corp<br><br>100% in Evermore Corp | 200,000.00 | 0.00 | | 0.00 | FA |
| 4. Void (u)<br><br>100% interest in Oblige Captial Corp | 0.00 | N/A | | 0.00 | FA |
| 5. Broughton LP<br><br>Broughton LP | 570,258.68 | 602,964.93 | | 641,964.93 | FA |
| 6. Broadland LP (petition amount is an estimate)<br><br>Broadland LP (petition amount is an estimate)<br>107777.72 held in the registry of the Broadland bankruptcy<br>court and/or the Broadland trustee, John Dee Spicer | 120,000.00 | 131,658.39 | | 116,658.39 | FA |
| 7. interest in a partnership 1% interest in Keswick LP<br><br>1% interest in Keswick LP | Unknown | 0.00 | | 0.00 | FA |
| 8. interest in a partnership 1% interest in Broughton LP<br><br>1% interest in Broughton LP | Unknown | 0.00 | | 0.00 | FA |
| 9. Accounts Receivable<br><br>Evermore Corp (notes receivable) | 8,854.08 | 0.00 | | 0.00 | FA |
| 10. Accounts Receivable<br><br>Ashmore#4 (notes receivable) | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. Accounts Receivable<br><br>Keswick LP (notes receivable) | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. Potential lawsuit against Chris Weil (u)<br><br>Potential lawsuit against Chris Weil | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-44103 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |

Case Name: THE DAVID BAGWELL COMPANY

Date Filed (f) or Converted (c): 10/09/2012 (c)

341(a) Meeting Date: 12/07/2012

For Period Ending: 01/14/2019

Claims Bar Date: 03/12/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13.  Potential lawsuit against Compass Bank (u)<br><br>Potential lawsuit against Compass Bank | Unknown | 1,000.00 | | 1,000.00 | FA |
| 14.  apple macbook pro and laptop software ver 10.4.11<br><br>apple macbook pro and laptop software ver 10.4.11 | 200.00 | 0.00 | | 0.00 | FA |
| 15.  various office supplies<br><br>var office supplies | 100.00 | 0.00 | | 0.00 | FA |
| 16.  Ridge at Alta Vista I LLC (the "RAAV Claim") (u)<br><br>HOA settlements per agreement | 0.00 | 24,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $929,414.27    $759,623.32        $773,473.32    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

(This case is related to Case No. 12-44116, Evermore Communities, Ltd.).  The TFR was filed on July 20, 2018. Checks were disbursed to creditors on August 23, 2018.  Trustee will file the final report of distribution once all checks are cashed.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 05/31/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103
Case Name: THE DAVID BAGWELL COMPANY

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1517
Checking Account (Non-Interest Earn

Exhibit 9

Taxpayer ID No: XX-XXX8428
For Period Ending: 01/14/2019

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/13 | 5 | US TREASURY | Broughton LP funds from Court's Registry | 1129-000 | $587,964.93 | | $587,964.93 |
| 08/30/13 | 10000 | PJC ACCOUNTING SERVICES INC PJC ACCOUNTING SERVICES INCPO BOX 1871MIDLOTHIAN TX 76065 | Accountant for Trustee Fees (Other | 3410-000 | | $750.00 | $587,214.93 |
| 08/30/13 | 10001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | Bond Payments | 2300-000 | | $3,000.00 | $584,214.93 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $261.77 | $583,953.16 |
| 09/20/13 | 10002 | JOHNSTON TOBEY PC JOHNSTON TOBEY PC3308 Oak Grove AvenueDallas TX 75204 | Retainer for professional services | 3210-600 | | $10,000.00 | $573,953.16 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $599.00 | $573,354.16 |
| 10/28/13 | 6 | US TREASURY | Broadland LP funds from Court's Registry | 1129-000 | $107,825.64 | | $681,179.80 |
| 11/05/13 | 10003 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | Bond Payments Bond # 00105857698 | 2300-000 | | $319.00 | $680,860.80 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $619.90 | $680,240.90 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $699.13 | $679,541.77 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $721.55 | $678,820.22 |
| 02/06/14 | 10004 | DONNA R. HERNANDEZ THE LAW OFFICE OF DONNA R. HERNANDEZ610 PARKER SQUAREFLOWER MOUND, TX 75028 | Special Counsel for Trustee Fees | | | $2,613.89 | $676,206.33 |
| | | DONNA R. HERNANDEZ | Special Counsel for Trustee Fees ($2,200.00) | 3210-600 | | | |
| | | HERNANDEZ, DONNA R. | Special Counsel for Trustee Fees ($413.89) | 3220-000 | | | |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $720.84 | $675,485.49 |

Page Subtotals: $695,790.57  $20,305.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103                                                           Trustee Name: Marilyn D. Garner, Trustee          Exhibit 9
Case Name: THE DAVID BAGWELL COMPANY                          Bank Name: First National Bank of Vinita
                                                                              Account Number/CD#: XXXXXX1517
                                                                              Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX8428                                        Blanket Bond (per case limit): $300,000.00
For Period Ending: 01/14/2019                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $648.95 | $674,836.54 |
| 03/31/14 | 6 | JOHN DEE SPICER, TRUSTEE | Broadland LP funds from John Dee Spicer | 1129-000 | $8,832.75 |  | $683,669.29 |
| 04/07/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $716.57 | $682,952.72 |
| 05/07/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $701.81 | $682,250.91 |
| 06/06/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $724.45 | $681,526.46 |
| 07/08/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $700.32 | $680,826.14 |
| 07/17/14 | 10005 | BARBARA HARGIS HARRIS FINLEY & BOGL 777 Main Street Suite 1800Fort Worth TX 76102 | Attorney for Trustee Fees (Other Fi | |  | $81,338.23 | $599,487.91 |
|  |  | BARBARA HARGIS HARRIS FINLEY & BOGL | Attorney for Trustee Fees        ($80,584.40) (Other Fi | 3210-000 |  |  |  |
|  |  | BARBARA HARGIS HARRIS FINLEY & BOGL | Attorney for Trustee Fees        ($753.83) (Other Fi | 3220-000 |  |  |  |
| 08/07/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $692.32 | $598,795.59 |
| 08/27/14 | 10006 | MARILYN D. GARNER 2007 East Lamar Blvd., Suite 200Arlington, TX 76006 | Chapter 7 Expenses | 2200-000 |  | $9.00 | $598,786.59 |
| 08/27/14 | 10007 | MARILYN D. GARNER 2007 East Lamar Blvd., Suite 200Arlington, TX 76006 | Chapter 7 Compensation/Fees | 2100-000 |  | $25,000.00 | $573,786.59 |
| 09/03/14 | 10006 | Reverses Check # 10006 | Chapter 7 Expenses Expenses check issued in error. | 2200-000 |  | ($9.00) | $573,795.59 |
| 09/08/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | $632.43 | $573,163.16 |
| 09/09/14 | 10008 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | Bond Payments Bond # 00105857698 | 2300-000 |  | $2,905.00 | $570,258.16 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*                    Page Subtotals:                             $8,832.75          $114,060.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103                                    Trustee Name: Marilyn D. Garner, Trustee        Exhibit 9
Case Name: THE DAVID BAGWELL COMPANY                 Bank Name: First National Bank of Vinita
                                                     Account Number/CD#: XXXXXX1517
                                                     Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX8428                           Blanket Bond (per case limit): $300,000.00
For Period Ending: 01/14/2019                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/14 | 10009 | BARBARA HARGIS HARRIS FINLEY & BOGL 777 Main Street Suite 1800Fort Worth TX 76102 | Attorney for Trustee Fees (Other Fi | 3210-000 | | $20,146.10 | $550,112.06 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $587.43 | $549,524.63 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $583.52 | $548,941.11 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $564.10 | $548,377.01 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $582.26 | $547,794.75 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $581.70 | $547,213.05 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $524.82 | $546,688.23 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $580.48 | $546,107.75 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $561.19 | $545,546.56 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $579.29 | $544,967.27 |
| 07/07/15 | | First National Bank of Vinita 102 W. Illinois Avenue Vinita, OK 74301 | bank service fee | 2600-000 | | $559.98 | $544,407.29 |
| 08/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $578.08 | $543,829.21 |
| 09/08/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $577.47 | $543,251.74 |
| 09/11/15 | 10010 | POWERS TAYLOR LLP POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX 75206 | Attorney for Trustee Fees (Other Fi | | | $35,535.38 | $507,716.36 |
| | | POWERS TAYLOR LLP | ($34,113.31) | 3210-000 | | | |

Page Subtotals:                                              $0.00        $62,541.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103

Case Name: THE DAVID BAGWELL COMPANY

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1517

Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX8428

For Period Ending: 01/14/2019

Blanket Bond (per case limit): $300,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | POWERS TAYLOR LLP | ($1,422.07) | 3220-000 | | | |
| 09/11/15 | 10011 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | bond payment | 2300-000 | | $2,870.00 | $504,846.36 |
| 10/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $540.25 | $504,306.11 |
| 11/06/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $535.50 | $503,770.61 |
| 12/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $517.66 | $503,252.95 |
| 01/06/16 | 1 | Heritage Barns LLC | Schedule B Assets Gristmill equipment sold by Shattuck Auctions | 1229-000 | $13,850.00 | | $517,102.95 |
| 01/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $534.38 | $516,568.57 |
| 02/05/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $545.69 | $516,022.88 |
| 03/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $512.56 | $515,510.32 |
| 04/05/16 | 10012 | POWERS TAYLOR LLC POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX 75206 | ATTORNEY FEES | 3210-000 | | $34,113.31 | $481,397.01 |
| 04/05/16 | 10013 | POWERS TAYLOR LLC POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX 75206 | Attorney for Trustee Expenses (other firm) | 3220-000 | | $1,422.07 | $479,974.94 |
| 04/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $547.39 | $479,427.55 |

| | | | Page Subtotals: | | $13,850.00 | $42,138.81 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103
Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428
For Period Ending: 01/14/2019

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1517
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | 10014 | POWERS TAYLOR LLP POWERS TAYLOR LLP 8150 N Central Expwy Ste 1575 Dallas, TX 75206 | Special Counsel for Trustee Fees Appellate work | 3210-000 | | $22,000.00 | $457,427.55 |
| 05/06/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $504.84 | $456,922.71 |
| 06/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $488.94 | $456,433.77 |
| 07/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $469.04 | $455,964.73 |
| 08/05/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $484.18 | $455,480.55 |
| 08/16/16 | 10015 | GERRIT M. PRONSKE PRONSKE GOOLSBY KATHMAN PC 901 MAIN STE STE 610 DALLAS, TX 75202-3741 | Special Counsel for Trustee Expenses | 3220-000 | | $367.50 | $455,113.05 |
| 08/16/16 | 10016 | GERRIT M. PRONSKE PRONSKE GOOLSBY KATHMAN PC 901 MAIN STE STE 610 DALLAS, TX 75202-3741 | Special Counsel Compensation | 3210-000 | | $23,869.00 | $431,244.05 |
| 08/22/16 | 10017 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX 77459 | bond payment SUR0028651 | 2300-000 | | $870.00 | $430,374.05 |
| 08/30/16 | 10018 | Strasburger & PriceLLP Strasburger & PriceLLP 901 Mail Street Ste 4400 Dallas, TX 75202-3729 | Special Counsel Compensation | 3210-000 | | $4,727.22 | $425,646.83 |
| 08/30/16 | 10019 | Strasburger & PriceLLP Strasburger & PriceLLP 901 Mail Street Ste 4400 Dallas, TX 75202-3729 | Special Counsel Compensation | 3210-000 | | $4,727.22 | $420,919.61 |
| 09/02/16 | 13 | The Oxford Corp | Schedule B Assets | 1129-000 | $200.00 | | $421,119.61 |

Page Subtotals: $200.00 $58,507.94

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103                                                  Trustee Name: Marilyn D. Garner, Trustee        Exhibit 9

Case Name: THE DAVID BAGWELL COMPANY                              Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1517

Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX8428                                        Blanket Bond (per case limit): $300,000.00

For Period Ending: 01/14/2019                                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/16 | 13 | The Oxford Corp | Schedule B Assets | 1129-000 | $800.00 | | $421,919.61 |
| 09/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $471.94 | $421,447.67 |
| 10/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $434.88 | $421,012.79 |
| 10/27/16 | 5 | UNITED STATES DISTRICT COURT US Treasury | broughton bankruptcy from registry of the court | 1129-000 | $15,000.00 | | $436,012.79 |
| 10/27/16 | 5 | US District Court United States Treasury | broadland bankruptcy from registry of the court | 1129-000 | $15,000.00 | | $451,012.79 |
| 10/27/16 | 5 | North State Bank Home maintenance Organization per settlement | Home maintenance Organization per settlement | 1129-000 | $8,000.00 | | $459,012.79 |
| 10/27/16 | 5 | Old Grove HOA Settlement | Old Grove HOA Settlement | 1129-000 | $8,000.00 | | $467,012.79 |
| 10/27/16 | 5 | Whittier Height HOA | Whittier Height HOA settlement | 1129-000 | $8,000.00 | | $475,012.79 |
| 11/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $454.45 | $474,558.34 |
| 12/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $487.65 | $474,070.69 |
| 01/09/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $503.39 | $473,567.30 |
| 02/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $502.90 | $473,064.40 |
| 03/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $453.73 | $472,610.67 |

Page Subtotals:                                  $54,800.00      $3,308.94

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103                                                                 Trustee Name: Marilyn D. Garner, Trustee                    Exhibit 9
Case Name: THE DAVID BAGWELL COMPANY                             Bank Name: First National Bank of Vinita
                                                                                       Account Number/CD#: XXXXXX1517
                                                                                       Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX8428                                                Blanket Bond (per case limit): $300,000.00
For Period Ending: 01/14/2019                                              Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/17 | 10020 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX  77459 | bond payment | 2300-000 | | $35.00 | $472,575.67 |
| 04/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $501.82 | $472,073.85 |
| 05/05/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $485.11 | $471,588.74 |
| 06/06/17 | 10021 | Evermore Communities LTD | Adjusted payment to related case 50% of 24,000 funds received from the HOA and 30,000 from the registry of the court from estates of Broadland and Broughton belong to the related case Evermore Communities LTD 12-44116 | 8500-002 | | $27,000.00 | $444,588.74 |
| 07/13/17 | 10022 | Harris Finley & Bogle, P.C. 777 Main Street Suite 1800 Fort Worth, TX  76102 | ATTORNEY FEES | 3210-000 | | $109,587.00 | $335,001.74 |
| 07/13/17 | 10023 | HARRIS, FINLEY & BOGLE P.C. 777 Main Street, Suite 1800 Fort Worth, Texas  76102-5341 | ATTORNEY EXPENSES | 3220-000 | | $2,570.43 | $332,431.31 |
| 08/17/17 | 10024 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX  77459 | bond payment invoice no 1260 | 2300-000 | | $665.00 | $331,766.31 |
| 10/16/17 | 10025 | LEVY, SHELDON E. 6320 Southwest Blvd., Suite 204 Fort Worth, Texas  76109 | Accountant for Trustee Fees (Other | 3410-000 | | $5,900.00 | $325,866.31 |
| 10/16/17 | 10026 | LEVY, SHELDON E. 6320 Southwest Blvd., Suite 204 Fort Worth, Texas  76109 | CPA expenses | 3420-000 | | $95.00 | $325,771.31 |
| 06/01/18 | 10027 | SHATTUCK & ASSOCIATES 650 CANION STREET AUSTIN, TX  78752 | Compensation Order at doc 288 | 3610-000 | | $1,385.00 | $324,386.31 |

Page Subtotals:                                         $0.00        $148,224.36

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103

Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428

For Period Ending: 01/14/2019

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1517

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | 10028 | SHATTUCK & ASSOCIATES 650 CANION STREET AUSTIN, TX 78752 | Auctioneer expenses Order at doc 288 | 3620-000 | | $606.00 | $323,780.31 |
| 06/01/18 | 10029 | The Ridge at Alta Vista Investments I LLC c/o Cliff A. Wade, Esq MBL Law 17330 Preston Road Suite 250D Dallas TX 75252 | Distribution per order at doc 201 | 7100-000 | | $5,754.50 | $318,025.81 |
| 06/20/18 | 10030 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 PLANO TX 75093 | debtor's attorney's fees Reversal voided to indicate payee is a 1099 recipient | 3701-000 | | ($66,222.67) | $384,248.48 |
| 06/20/18 | 10030 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 PLANO TX 75093 | debtor's attorney's fees | 3701-000 | | $66,222.67 | $318,025.81 |
| 06/20/18 | 10031 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 PLANO TX 75093 | Attorney for debtor expenses | 6710-000 | | $2,618.27 | $315,407.54 |
| 06/20/18 | 10032 | PRONSKE GOOLSBY KATHMAN PC PRONSKE GOOLSBY KATHMAN PC 2701 DALLAS PKWY, SUITE 590 DALLAS TX 75093 | Attorney for debtor fees | 6700-000 | | $66,222.67 | $249,184.87 |
| 06/28/18 | 10033 | Harris Finley & Bogle, P.C. 777 Main Street Suite 1800 Fort Worth, TX 76102 | Attorney for Trustee Fees | 3210-000 | | $26,816.50 | $222,368.37 |
| 06/28/18 | 10034 | Harris Finley & Bogle, P.C. 777 Main Street Suite 1800 Fort Worth, TX 76102 | Attorney for Trustee Expenses (other firm) | 3220-000 | | $11.60 | $222,356.77 |
| 08/23/18 | 10035 | BELL NUNNALLY & MARTIN LLP Bell Nunnally & Martin LLP 3232 McKinney Avenue, Ste 1400 Dallas TX 75204 | Final distribution representing a payment of 100.00 % per court order. | 3210-600 | | $44,596.52 | $177,760.25 |
| 08/23/18 | 10036 | BELL NUNNALLY & MARTIN LLP Bell Nunnally & Martin LLP 3232 McKinney Avenue, Ste 1400 Dallas TX 75204 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $208.02 | $177,552.23 |

Page Subtotals: $0.00 $146,834.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103                                                                  Trustee Name: Marilyn D. Garner, Trustee          Exhibit 9

Case Name: THE DAVID BAGWELL COMPANY                       Bank Name: First National Bank of Vinita

                                                                                         Account Number/CD#: XXXXXX1517

                                                                                         Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX8428                                               Blanket Bond (per case limit): $300,000.00

For Period Ending: 01/14/2019                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/18 | 10037 | PJC ACCOUNTING SERVICES, INC. P.O. Box 1871 Midlothian, TX 76065 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | 5300-000 | | $346.83 | $177,205.40 |
| 08/23/18 | 10038 | CINDY BRAZIL 3077 High Mesa Court Grapevine, TX 76052 | Final distribution to claim 14 representing a payment of 100.00 % per court order. | 5300-000 | | $11,725.00 | $165,480.40 |
| 08/23/18 | 10039 | INTERNAL REVENUE SERVICE 1100 Commerce St. Mail Code 5020-DAL Dallas, TX 75242 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | $30,111.15 | $135,369.25 |
| 08/23/18 | 10040 | TEXAS WORKFORCE COMMISSION  Regulatory Integrity Division - SAU Room 556 101 E. 15th Street Austin, TX 78778-0001 | (8-1) Unemployment taxes | 5800-000 | | $410.73 | $134,958.52 |
| 08/23/18 | 10041 | William Pena c/o Taylor Steel 2932 Rolling Hills Drive Carrollton TX 75007-5755 | Final distribution representing a payment of 2.75 % per court order. | 7100-000 | | $85.11 | $134,873.41 |
| 08/23/18 | 10042 | Dale Crane P.O. Box 92817 Southlake, Tx 76092 | Final distribution to claim 4 representing a payment of 2.75 % per court order. | 7100-000 | | $933.32 | $133,940.09 |
| 08/23/18 | 10043 | IRS 1100 Commerce St. Mail Code 5020-DAL Dallas, TX 75242 | Final distribution to claim 6 representing a payment of 2.75 % per court order. | 7100-000 | | $279.20 | $133,660.89 |
| 08/23/18 | 10044 | The Ridge At Alta Vista Investments I, Llc co Cliff Wade 3333 Lee Parkway, 8th Floor Dallas, TX 75219 | Final distribution to claim 9 representing a payment of 2.48 % per court order. | 7100-000 | | $52,693.60 | $80,967.29 |
| 08/23/18 | 10045 | AMERICAN EXPRESS BANK, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | (12-1) CREDIT CARD DEBT | 7100-000 | | $62.51 | $80,904.78 |
| 08/23/18 | 10046 | PJC ACCOUNTING SERVICES, INC. P.O. Box 1871 Midlothian, TX 76065 | (13-1) Account Number (last 4 | 7100-000 | | $37.05 | $80,867.73 |

Page Subtotals:                                                  $0.00          $96,684.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103

Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428

For Period Ending: 01/14/2019

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1517

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/18 | 10047 | CINDY BRAZIL 3077 High Mesa Court Grapevine, TX 76052 | (14-1) Account Number (last 4 | 7100-000 | | $668.09 | $80,199.64 |
| 08/23/18 | 10048 | TAYLOR STEELE 2932 Rolling Hills Dr. Carrollton, TX 75007 | Final distribution to claim 15 representing a payment of 2.75 % per court order. | 7100-000 | | $129.40 | $80,070.24 |
| 08/23/18 | 10049 | JEFFREY DENNINGTON CO TAYLOR STEELE 3004 Cameo Lane Farmers Branch TX 75234 | Final distribution to claim 16 representing a payment of 2.75 % per court order. | 7100-000 | | $42.52 | $80,027.72 |
| 08/23/18 | 10050 | ASHMORE #4 LIMITED PARTNERSHIP 4440 Westway Ave Dallas, TX 75205 | (17-1) Account Number (last 4 | 7100-000 | | $1,692.91 | $78,334.81 |
| 08/23/18 | 10051 | ASHMORE LIMITED PARTNERSHIP, et al 4440 Westway Ave Dallas, TX 75205 | (18-1) Account Number (last 4 | 7100-000 | | $2,543.94 | $75,790.87 |
| 08/23/18 | 10052 | MARGARET SHARPE 3700 Alice Circle Dallas, TX 75205 | Final distribution to claim 19 representing a payment of 2.75 % per court order. | 7100-000 | | $696.44 | $75,094.43 |
| 08/23/18 | 10053 | DAVID S. BAGWELL TRUST 4440 Westway Ave Dallas, TX 75205 | (20-1) Account Number (last 4 | 7100-000 | | $109.81 | $74,984.62 |
| 08/23/18 | 10054 | MEREDITH CAROLINA BAGWELL MATLOCK 1409 Poplar Blvd. Jackson, MS 39202 | (21-1) Account Number (last 4 | 7100-000 | | $723.40 | $74,261.22 |
| 08/23/18 | 10055 | SARAH BROOKE BAGWELL KRUEGER 320 E. Gunnison Avenue Woodland Park, CO 80863 | (22-1) Account Number (last 4 | 7100-000 | | $1,452.05 | $72,809.17 |
| 08/23/18 | 10056 | SISTER INITIATIVE, LLC 4440 Westway Ave Dallas, TX 75205 | (23-1) Account Number (last 4 | 7100-000 | | $2,460.76 | $70,348.41 |
| 08/23/18 | 10057 | OBLIGE CAPITAL CORPORATION 4407 Westway Ave Dallas, TX 75205 | (24-1) Account Number (last 4 | 7100-000 | | $785.18 | $69,563.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

Page Subtotals: $0.00 $11,304.50

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-44103
Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428
For Period Ending: 01/14/2019

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1517
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/18 | 10058 | The Ridge at Alta Vista Investments I LLC c/o Cliff A. Wade, Esq MBL Law 17330 Preston Road Suite 250D Dallas TX 75252 | (25-1) Account Number (last 4 | 7100-000 | | $18,924.42 | $50,638.81 |
| 08/23/18 | 10059 | EVERMORE CORP 4440 Westway Ave Dallas, TX 75205 | (26-1) Account Number (last 4 | 7100-000 | | $200.66 | $50,438.15 |
| 08/23/18 | 10060 | EVERMORE COMMUNITIES, LTD. c/o Marilyn D. Garner, Trustee 2007 E. Lamar Blvd., Ste. 200 Arlington, TX 76006 | (27-1) Account Number (last 4 | 7100-000 | | $16,948.48 | $33,489.67 |
| 08/23/18 | 10061 | BROADACRE PARTNERS 4440 Westway Ave Dallas TX 75205 | (28-1) Account Number (last 4 | 7100-000 | | $6,155.81 | $27,333.86 |
| 08/23/18 | 10062 | The Ridge at Alta Vista Investments I LLC c/o Cliff A. Wade, Esq SettlePou 3333 Lee Pkwy 8th Fl Dallas TX 75219 | (29-1) Account Number (last 4 | 7100-000 | | $2,685.70 | $24,648.16 |
| 08/23/18 | 10063 | Susan S. Bagwell 4407 Westway Ave. Dallas, Tx 75205 | Final distribution to claim 30 representing a payment of 2.75 % per court order. | 7100-000 | | $5,317.55 | $19,330.61 |
| 08/23/18 | 10064 | GOODACRE LIMITED PARTNERSHIP 4433 South Versailles Dallas, TX 75205 | (31-1) Account Number (last 4 | 7100-000 | | $1,098.13 | $18,232.48 |
| 09/05/18 | 10065 | Marilyn D. Garner 2007 E. Lamar Blvd., Suite 200 Arlington, TX 76006 | Final distribution representing a payment of 38.38 % per court order. | 2100-000 | | $15,573.67 | $2,658.81 |
| 09/05/18 | 10066 | Marilyn D. Garner 2007 E. Lamar Blvd., Suite 200 Arlington, TX 76006 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2,658.81 | $0.00 |
| 12/05/18 | 10046 | PJC ACCOUNTING SERVICES, INC. P.O. Box 1871 Midlothian, TX 76065 | (13-1) Account Number (last 4 Reversal unclaimed funds to be remitted to court | 7100-000 | | ($37.05) | $37.05 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Page Subtotals: $0.00 $69,526.18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-44103

Case Name: THE DAVID BAGWELL COMPANY

Taxpayer ID No: XX-XXX8428

For Period Ending: 01/14/2019

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1517

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $300,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/18 | 10037 | PJC ACCOUNTING SERVICES, INC. P.O. Box 1871 Midlothian, TX 76065 | Final distribution to claim 13 representing a payment of 100.00 % per court order. Reversal unclaimed funds to be remitted to court | 5300-000 | | ($346.83) | $383.88 |
| 12/05/18 | 10067 | US Treasury | Remit To Court ACH payment to court | 7100-001 | | $37.05 | $346.83 |
| 12/05/18 | 10068 | US Treasury | Remit To Court ACH payment | 5300-001 | | $346.83 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $773,473.32 | $773,473.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $773,473.32 | $773,473.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $773,473.32 | $773,473.32 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Page Subtotals: $0.00 $37.05

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1517 - Checking Account (Non-Interest Earn | $773,473.32 | $773,473.32 | $0.00 |
| | $773,473.32 | $773,473.32 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $773,473.32 |
| Total Gross Receipts: | $773,473.32 |

Page Subtotals: $0.00 $0.00